No. 198, Misc. MILLWOOD v. HEINZE, WARDEN. Supreme Court of California. Certiorari denied.

No. 204, Misc. DILLARD v. NEW YORK. Appellate Division of the Supreme Court of New York, Second Judicial Department. Certiorari denied.

No. 206, Misc. DUNKLE v. CAVELL, WARDEN. Supreme Court of Pennsylvania, Western District. Certiorari denied.

No. 208, Misc. CAMERON v. UNITED STATES. C. A. 9th Cir. Certiorari denied. Reported below: 247 F. 2d 775.

No. 210, Misc. DE NORMAND v. UNITED STATES. C. A. 2d Cir. Certiorari denied. Petitioner *pro se. Solicitor General Rankin, Acting Assistant Attorney General McLean* and *Beatrice Rosenberg* for the United States.

No. 213, Misc. YOUNG ET UX. v. UNITED STATES. C. A. 8th Cir. Certiorari denied. Petitioners *pro se. Solicitor General Rankin, Acting Assistant Attorney General McLean* and *Beatrice Rosenberg* for the United States.

No. 222, Misc. MICHEL v. INDUSTRIAL ACCIDENT COMMISSION OF CALIFORNIA ET AL. Supreme Court of California. Certiorari denied. Petitioner *pro se. Everett A. Corten* for the Industrial Accident Commission of California, and *Loton Wells* for the State Compensation Insurance Fund, respondents.

No. 245, Misc. COAKLEY v. TEXAS ET AL. Court of Criminal Appeals of Texas. Certiorari denied.